**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOHN AVILA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

| | |
|---|---|
| **JOHN AVILA,** | **No.   2:25-cv-03711-JDP(SS)** |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Frank Bisignano,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

_____/

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 27, 2026.

This would be a first extension. The request is because plaintiff's counsel handles Social Security cases at both the administrative and federal court levels and has had to deal with more than the usual number of administrative cases along with these cases in federal court.

Dated:   April 6, 2026                                    /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   April 6, 2026                                     */s/ per e-mail authorization*

                                                          OSCAR GONZALEZ de LLANO
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to April 27, 2026.

IT IS SO ORDERED.


Dated:    April 9, 2026                     _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2