ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN AVILA,

      Plaintiff,

    vs.

Commissioner of Social Security,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-03711-JDP

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from May 27, 2026, up to and including July 29, 2026. This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion. The undersigned currently has 26 assigned cases as well as planned leave and responsibility for handling fee matters. Thus, it would be disingenuous for the undersigned to assert that she could adequately respond to Plaintiff's arguments without the requested extension of time.

Stip. for Ext.; 2:25-cv-03711-JDP                       1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 10, 2026                    /s/ *Jesse S. Kaplan**
                                        *as authorized by e-mail
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff

Dated: June 10, 2026                    ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration

                            By:    /s/ *Erin Jurrens*
                                   ERIN JURRENS
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 29, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.


Dated:    June 10, 2026            _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE