ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOHN AVILA,

     Plaintiff,

     v.

Commissioner of Social Security,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 2:25-cv-03711-JDP

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER**

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council (AC) will direct the Administrative Law Judge (ALJ) to reevaluate the claim, following the sequential evaluation process in compliance with Social Security Ruling 13-2p. To this end, the AC will order obtaining medical expert evidence and vocational expert evidence, as necessary and available. The ALJ will further develop the

STIPULATION TO REMAND

record, offer the claimant the opportunity for a new hearing, and issue a new decision on the issue of disability prior to January 18, 2025.

The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: June 11, 2026                    /s/ *Jesse S. Kaplan*\
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff
                                        *Authorized via e-mail on June 11, 2026

Dated: June 11, 2026                    ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration

                                By:     /s/ *Erin Jurrens*\
                                        ERIN JURRENS
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  Plaintiff's motion for summary judgment, ECF No. 12, and motion to permit a late filing, ECF No. 18, are DENIED as moot.

IT IS SO ORDERED.


Dated:    June 11, 2026    

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND